UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VERONICA MADDY, *individually and on behalf of all others similarly situated*,<br><br>                              Plaintiff,<br><br>     v.<br><br>EXPRESS, LLC,<br><br>                              Defendant. | 22-CV-4999 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

This case has been assigned to me for all purposes. It is hereby:

ORDERED that, within thirty (30) days of service of the summons and complaint, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action. To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the district's court-annexed mediation program or before a magistrate judge would be productive at this time.

IT IS FURTHER ORDERED that within fifteen (15) additional days (i.e., within forty-five (45) days of service of the summons and complaint), the parties must submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter.

SO ORDERED.

Dated:   June 22, 2022
         New York, New York

_____
Ronnie Abrams
United States District Judge